## REYNOLDS v. SUPERIOR COURT.

### No. 9968; March 26, 1885.

#### 6 Pac. 421.

**Divorce—Judgment for Attorneys' Fees—Prohibition.**—The enforcement of a provision in a judgment of divorce requiring defendant to pay counsel fees to plaintiff's attorneys cannot be restrained by a writ of prohibition, although the judgment was one of dismissal entered by consent of the parties.

Application for a writ of prohibition.

The petitioner's wife sued for a divorce, but pending the action she condoned the husband's offenses and returned to live with him, and by consent of the parties a dismissal of the action was asked for, upon which the court rendered a judgment of dismissal, providing in the judgment, however, on motion of plaintiff's attorney, that defendant should pay plaintiff's counsel fees, which the defendant, petitioner herein, failed to pay. Thereupon an order of contempt was issued, to prohibit which the application for this writ was made.

Langhorn & Miller for petitioner.

By the COURT.—Application for writ of prohibition. We see no ground for granting the writ prayed for in this case. The application is therefore denied.